IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOEL TIRADO-GONZALEZ

Plaintiff

v.                                                                              CV. 14-1316 (CVR)

WENDCO OF PUERTO RICO, INC.

Defendant

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, has issued an Opinion and Order on January 10th, 2018 (Dkt. 100) granting defendant's Motion for Summary Judgment (Dkt. 55) and dismissing with prejudice all of plaintiff's claims.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that all of plaintiff's claims against defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 23rd day of January 2018.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk